| | |
|---|---|
| 1 | GLEN A. HUFF (VBN 16272) |
| | *Admitted Pro Hac Vice* |
| 2 | ghuff@hpmlaw.com |
| | DORINDA P. BURTON (VBN 65808) |
| 3 | *Admitted Pro Hac Vice* |
| | dburton@hpmlaw.com |
| 4 | HUFF, POOLE & MAHONEY, P.C. |
| | 4705 Columbus Street |
| 5 | Virginia Beach, VA  23462 |
| | Telephone:  (757) 499-1841 |
| 6 | Facsimile:    (757) 552-6016 |
| | Admitted *Pro Hac Vice* |
| 7 | |
| | ROBERT C. GEBHARDT (SBN 48965) |
| 8 | robert.gebhardt@wilsonelser.com |
| | SHILPA G. DOSHI (SBN 253024) |
| 9 | shilpa.doshi@wilsonelser.com |
| | WILSON, ELSER, MOSKOWITZ, |
| 10 |    EDELMAN & DICKER LLP |
| | 525 Market Street, 17th Floor |
| 11 | San Francisco, California 94105-2718 |
| | Telephone:     (415) 433-0990 |
| 12 | Facsimile:      (415) 434-13470 |
| 13 | Attorneys for Defendant |
| | SENTARA HEALTHCARE |
| 14 | |
| | AKAY SULL LLP |
| 15 | Douglas N. Akay (SBN 131011) |
| | Harjit K. Sull (SBN 238457) |
| 16 | 595 Market Street, Suite 2200 |
| | San Francisco, California 94105 |
| 17 | Telephone:     (415) 433-0990 |
| | Facsimile:      (415) 434-13470 |
| 18 | dnakay@akaylaw.com |
| 19 | Attorneys for Plaintiff |
| | BIOGENEX LABORATORIES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 23 | BIOGENEX LABORATORIES, | ) Case No.:  CV09-04210 MHP |
| | | ) |
| 24 | Plaintiff, | ) **STIPULATION TO EXTEND** |
| | | ) **DEADLINES IN COURT'S ORDER** |
| 25 | v. | ) **SETTING INITIAL CASE** |
| | | ) **MANAGEMENT CONFERENCE AND** |
| 26 | SENTARA HEALTHCARE, | ) **ADR DEADLINES** |
| 27 | | ) |
| | Defendant. | ) Complaint Filed:  September 11, 2009 |
| 28 | | ) Chief Judge:  Hon. Marilyn H. Patel |

STIPULATION

USDC NDCA CV09-04210 MHP
492482.1

IT IS HEREBY STIPULATED, pursuant to Local Rule 6, by and between plaintiff BIOGENEX LABORATORIES and defendant SENTARA HEALTHCARE, through their attorneys of record, as follows:

1. On September 11, 2009, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines ("Order"). The Order sets November 30, 2009, as the last day to: (a) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; (b) file ADR certifications signed by parties and counsel; (c) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

2. The Order further sets December 14, 2009, as the last day to file Rule 26(f) reports, make initial disclosures or state objections, and file a case management statement.

3. The Order further set an initial case management conference for December 21, 2009 at 4:00 pm.

4. The parties previously stipulated to extend the deadline for Defendant to file a responsive pleading to November 20, 2009. On November 20, 2009, Defendant SENTARA HEALTHCARE filed a motion to dismiss for lack of personal jurisdiction and venue, or in the alternative to transfer venue, or to dismiss for failure to state a cause of action upon which relief can be granted ("Motion").

5. The hearing on Defendant's Motion has been noticed for January 11, 2010.

6. The parties met and conferred on November 24, 2009, and decided that it would be most logical to further meet and confer, make initial disclosures, and stipulate to an ADR process, and hold an initial case management conference pending the outcome of the Motion. As such, the parties wish to postpone the deadlines set in the Court's Order.

7. The parties hereby stipulate to meet and confer as soon as practical after the Court issues a decision after the January 11, 2010, hearing on the Motion. The parties further stipulate to file ADR Certifications, a Stipulation to ADR Process or Notice of Need for ADR Phone Conference, file a Rule 26(f) report, make initial disclosures, and file a case management statement

2
STIPULATION
USDC NDCA CV09-04210 MHP
492482.1

as soon as practical after the Court issues a decision after the January 11, 2010, hearing on the Motion. There have been no prior modifications to these deadlines.

9. The parties request the Court to continue the case management conference pending the outcome of the hearing on the Motion. There has been no prior modification to the date for the case management conference.

10. Other than the changes to the deadlines mentioned above, the parties are not aware that the proposed modifications would have any further effect on the schedule for the case.

Dated: November 24, 2009          HUFF, POOLE & MAHONEY, P.C.


                                  By: _____/s/ Glen A. Huff_____
                                       Glen A. Huff, Esq.
                                       Dorinda P. Burton, Esq.
                                       Admitted *Pro Hac Vice*
                                       Attorneys for Defendant
                                       SENTARA HEALTHCARE

Dated: November 24, 2009          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


                                  By: _____/s/ Robert C. Gebhardt_____
                                       Robert C. Gebhardt
                                       Shilpa G. Doshi
                                       Attorneys for Defendant
                                       SENTARA HEALTHCARE

Dated   November 24, 2009         AKAY SULL LLP


                                  By: _____/s/ Douglas N. Akay_____
                                       Douglas N. Akay
                                       Attorneys for Plaintiff
                                       BIOGENEX LABORATORIES

                                  **ORDER**

**IT IS SO ORDERED.**


Date:  11/30/2009          By: _____
                                HONORABLE
                                United States

                                       3
                                STIPULATION

*IT IS SO ORDERED*
*[signature]*
*Judge Marilyn H. Patel*

# CERTIFICATE OF SERVICE
*Biogenex Laboratories v. Sentara Healthcare*
*USDC NDCA Case #CV09-04210 MHP*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725. On this date I served the following document(s):

**STIPULATION TO EXTEND DEADLINES IN COURT'S ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

**XXX** : **Electronically** on the recipients designated on the Transaction Receipt located on U.S. District Court website.

Douglas N. Akay,
Harjit K. Sull
AKAY SULL LLP
595 Market Street, Suite 2200
San Francisco, CA 94105
T: 415-764-1999
F: 415-394-5033
dnakay@akaylaw.com
*Attorneys for Plaintiff*
*Biogenex Laboratories*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **November 24, 2009**, at San Francisco, California.

_____
Richean Martin