1    GLEN A. HUFF (VBN 16272)
     ghuff@hpmlaw.com
2    DORINDA P. BURTON (VBN 65808)
     dburton@hpmlaw.com
3    HUFF, POOLE & MAHONEY, P.C.
     4705 Columbus Street
4    Virginia Beach, VA  23462
     Telephone:  (757) 499-1841
5    Facsimile:    (757) 552-6016
     Admitted *Pro Hac Vice*
6
     ROBERT C. GEBHARDT (SBN 48965)
7    robert.gebhardt@wilsonelser.com
     SHEENA V. JAIN (SBN 251912)
8    sheena.jain@wilsonelser.com
     WILSON, ELSER, MOSKOWITZ,
9      EDELMAN & DICKER LLP
     525 Market Street, 17th Floor
10   San Francisco, California 94105-2718
     Telephone:    (415) 433-0990
11   Facsimile:     (415) 434-13470

12   Attorneys for Defendant
     SENTARA HEALTHCARE
13
     DOUGLAS N. AKAY (SBN 131011)
14   dnakay@akaylaw.com
     AKAY SULL LLP
15   595 Market Street, Suite 2200
     San Francisco, California 94105
16   Telephone:    (415) 433-0990
     Facsimile:     (415) 434-13470
17
     Attorneys for Plaintiff
18   BIOGENEX LABORATORIES

19                  **UNITED STATES DISTRICT COURT**

20                  **NORTHERN DISTRICT OF CALIFORNIA**

21

22   BIOGENEX LABORATORIES,              )   Case No.:  CV09-04210 MHP
                                         )
23              Plaintiff,               )   **STIPULATION TO MODIFY**
                                         )   **SCHEDULE SET FORTH IN CASE**
24        v.                             )   **MANAGEMENT ORDER; [PROPOSED]**
                                         )   **ORDER**
25   SENTARA HEALTHCARE,                 )
                                         )   Complaint Filed:  September 11, 2009
26              Defendant.               )   Judge:  Hon. Marilyn H. Patel
                                         )
27   _____ )   Trial date: October 4, 2011

28                                      1

                    STIPULATION; [PROPOSED] ORDER

Plaintiff BioGenex Laboratories, through its counsel of record, Douglas Akay, and defendant Sentara Healthcare, through its counsel of record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate as follows:

1.     The parties have mediation in this matter on May 17, 2011 before the Honorable Alfred G. Chiantelli (Rct.).   This is the first date in which the parties and Judge Chiantelli are available for mediation.

2.     Accordingly, the parties hereby stipulate to modifying the schedule set forth in the Court's Case Management Order dated October 5, 2010 as follows:

| | |
|---|---|
| ADR completion: | May 31, 2011 |
| Disclosure of all witnesses (including rebuttal): | June 30, 2011 |
| Non-expert discovery cutoff: | July 29, 2011 |
| Designation of experts: | August 26, 2011 |
| Hearing of dispositive motions: | August 26, 2011 |

The stipulated schedule set forth above will not effect the dates set for the completion of expert discovery, the pretrial conference and the trial date as set forth in the Court's Case Management Order.   The trial date in this matter remains October 4, 2011.

IT IS SO STIPULATED.

Dated: March 10, 2011                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                          DICKER LLP


                                          By: _____ /s/ Sheena V. Jain
                                              Robert C. Gebhardt
                                              Sheena V. Jain
                                              Attorneys for Defendant
                                              SENTARA HEALTHCARE

2

STIPULATION; [PROPOSED] ORDER

USDC NDCA CV09-04210 MHP
647903.1

1

Dated   March 10, 2011                    AKAY SULL LLP

2

3                                          By: _____/s/ *Douglas N. Akay*_____
                                                Douglas N. Akay
4                                               Attorney for Plaintiff
                                                BIOGENEX LABORATORIES
5

6
                              ~~[PROPOSED]~~ ORDER
7

8          Based on the stipulation of the parties, and good cause appearing therefore, the Court

9   hereby modifies the schedule set forth in the Case Management Order as follows:

10              ADR completion:                              May 31, 2011

11              Disclosure of all witnesses (including rebuttal):   June 30, 2011

                Non-expert discovery cutoff:                 July 29, 2011
12
                Designation of experts:                      August 26, 2011
13
                Hearing of dispositive motions:              August 26, 2011
14

15
           The date for completion of expert discovery and the pretrial conference remains
16
    September 15, 2011. The trial date in this matter remains October 4, 2011.
17
           IT IS SO ORDERED.
18

19
    Date:___3/11/2011_____        By:_____
20                                            HONO... IT IS SO ORDERED ...EL
                                              Unite... S
21
                                                        Judge Marilyn H. Patel
22

23

24

25

26

27

28
                                            3

                        STIPULATION; [PROPOSED] ORDER

**CERTIFICATE OF SERVICE**
*Biogenex Laboratories v. Sentara Healthcare*
*USDC NDCA Case #CV09-04210 MHP*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725. On this date I served the following document(s):

**STIPULATION TO MODIFY SCHEDULE SET FORTH IN CASE MANAGEMENT ORDER; [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

    : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

    : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

    : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

**XXX**   : **Electronically** on the recipients designated on the Transaction Receipt located on U.S. District Court website.

Douglas N. Akay,
Harjit K. Sull
AKAY SULL LLP
595 Market Street, Suite 2200
San Francisco, CA 94105
T: 415-764-1999
F: 415-394-5033
dnakay@akaylaw.com
*Attorneys for Plaintiff*
*Biogenex Laboratories*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **March 10, 2011**, at San Francisco, California.

_____
Elizabeth Bates

4

STIPULATION; [PROPOSED] ORDER