|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

BIOGENEX LABORATORIES, ) No. CV 09-04210 EMC
) 
 Plaintiff, ) **JOINT STIPULATED DISMISSAL OF**
) **CLAIMS AND COUNTERCLAIMS**
vs. ) **WITH PREJUDICE** ; ORDER
)
SENTARA HEALTHCARE, ) Complaint Filed: September 11, 2009
)
 Defendant. )
)

    COMES NOW Plaintiff Biogenex Laboratories and Defendant Sentara Healthcare ("Parties") who, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to dismiss with prejudice all Parties' claims and counterclaims. The Parties further stipulate that each party is to bear its own costs and fees.

    SO STIPULATED:

For BIOGENEX LABORATORIES:

Dated: June 21, 2011                           AKAY SULL LLP

                                                    By: /s/
                                                            DOUGLAS N. AKAY
                                                            Attorneys for Plaintiff,
                                                            BioGenex Laboratories

For SENTARA HEALTHCARE:

Dated: June 21, 2011                           HUFF, POOLE & MAHONEY, P.C.

                                                     By: /s/
                                                          GLEN A. HUFF
                                                          DORINDA P. BURTON
                                                          Attorneys for Defendant,
                                                          Sentara Healthcare

Dated: June 21, 2011                           WILSON, ELSER, MOSKOWITZ
                                                           EDELMAN & DICKER LLP

    IT IS SO ORDERED:                   By: /s/
                                                           ROBERT C. GEBHARDT
                                                           SHEENA JAIN
                                                          Attorneys for Defendant,
                                                          Sentara Healthcare

_____
Edward M. Chen
U.S. District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]